DIXON, J., concurs in the reasons assigned by Justice TATE.

257 So.2d 152

**Petition of MARYLAND CASUALTY COMPANY (concerning Joseph Heck).**

No. 52146.

Feb. 8, 1972.

In re: Maryland Casualty Company applying for writs of certiorari, mandamus and review.

Writ refused. We find no error of law in the ruling complained of.